UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNA - EASTERN DIVISION

| | |
|---|---|
| JEANINE MERCER,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNION SECURITY INSURANCE COMPANY,<br><br>          Defendant. | Case No: EDCV13-01093-SVW(Opx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br> JS-6 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 9, 2013

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE